Case 11-26166   Filed 07/22/11   Doc 22

2011-26166
FILED
July 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003650696

**Attorney Debt Reset, Inc.**
Jeremy G. Winter, SBN 245631
Justin K. Kuney, SBN 249283
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsimile: 916-446-1742

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:                                    ) Case No.: 2011-26166
                                          )
Gerald Duane Huffman and,                 )    ORDER CONFIRMING CHAPTER
                                          )            13 PLAN
Theresa Marie Huffman,                    )
                                          )
        Debtors.
_____

ORDER CONFIRMING CHAPTER 13 PLAN

The Chapter 13 plan of the above-named debtors filed on March 12, 2011 has been transmitted to all creditors, and it has been determined that after notice and opportunity for a hearing that the debtors' plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, **IT IS ORDERED** that:

1. The plan is confirmed.
2. The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors' address;
3. The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in employment of the debtors.
4. The debtors shall appear in court whenever notified to do so by the court.

RECEIVED
July 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003650696

**IT IS FURTHER ORDERED:**

1. That the attorney's fees for the debtors' attorney in full amount of $ 5,000.00 are approved, $ 2,263.00 of which was paid prior to the filing of the petition. The balance of $ 2,737.00, provided that the attorney and debtors have executed and filed and Rights and Responsibilities of Chapter 13 Debtors and their attorneys, shall be paid by the trustee from plan payments at the rate specified in the guidelines for payment of Attorney's fees in chapter 13 cases.

2. That the value of GMAC Mortgage's claim, secured by the Single Family Residence located at 5031 Emerald Brook Way, Sacramento, CA 95838, shall be valued at $0.00, and the balance shall be paid as a general unsecured claim under the Chapter 13 Plan.

3. That the plan payments will be $1,355.00 per month for months 1-60 of the Chapter 13 Plan.

DATED:

_[signature]_
Approved as to form by
The Chapter 13 Trustee
(please check one)

_____ R. Greer
_____ J. Johnson
\_\_X\_\_ L. Loheit

Dated: July 22, 2011

By the Court

_[signature]_
Ronald H. Sargis, Judge
United States Bankruptcy Court